UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE MARQUIS BINYARD,

        Petitioner,

v.                                          CASE NO. 12-10458
                                            HONORABLE DENISE PAGE HOOD

KENNETH ROMANOWSKI,

        Respondent.
_____/

### ORDER GRANTING RESPONDENT'S MOTIONS
### TO FILE A CORRECTED ANSWER

On February 2, 2012, petitioner Dwayne Marquis Binyard filed a habeas corpus petition challenging his Wayne County convictions for first-degree murder, assault with intent to commit murder, and felon in possession of a firearm. On July 10, 2012, Respondent filed an answer to the petition. On July 11, 2012, Respondent filed an amended answer and a motion to amend his initial answer by correcting a typographical error and by making other minor corrections to his answer. On July 19, 2012, Respondent filed a second amended answer and a motion to amend his answer to correct the statement of facts.

Petitioner has not opposed Respondent's motions, and he does not appear to have been prejudiced by the filing of two amended answers, for on July 31, 2012, he filed a reply brief. Accordingly, the amended answers filed on July 11, 2012, and on July 19, 2012, are

accepted, and Respondent's motions to file a corrected answer [Document numbers 11 and 13] are **GRANTED**.

                    <u>S/Denise Page Hood</u>
                    Denise Page Hood
                    United States District Judge

Dated: October 26, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 26, 2012, by electronic and/or ordinary mail.

                    <u>S/LaShawn R. Saulsberry</u>
                    Case Manager